**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BFT ADVISORS, LLC  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JAMES LONG a/k/a/ JIM LONG,  )<br>  )<br>Defendant,  )<br>  )<br>and  )<br>  )<br>BROWN-LONGPLEX, LLC;  )<br>TIVERTON RECREATION, LLC;  )<br>LONGPLEX, LLC;  )<br>LONGPLEX II HOLDCO, LLC; and  )<br>JLPH ACQUISITIONS CO., INC.;  )<br>  )<br>Reach and Apply Defendants.  )<br>  ) | Case No. 21-CV-10994-AK |

**ORDER OF DISMISSAL**

**A. KELLEY, D.J.**

In accordance with the Court's Memorandum and Order dated June 3, 2022 (Dkt. No. 30),

it is hereby ORDERED, that the above-entitled action be DISMISSED.

By the Court:
Robert Farrell, Clerk

/s/ Miguel A. Lara
Deputy Clerk

06/03/2022